UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DONALD E. BARNES | CIVIL ACTION |
| VERSUS | NO. 14-0264 |
| JOEL T. CHAISSON,<br>President of the Senate for the Louisiana Legislature;<br>BOBBY JINDAL,<br>Governor for the State of Louisiana,<br>JAMES D. "BUDDY" CALDWELL,<br>Attorney General of the State of Louisiana, and<br>LEON A. CANNIZZARRO,<br>District Attorney of the Orleans Parish | SECTION "N" (4) |

## O R D E R

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation filed by the plaintiff on August 22, 2014 (Rec. Doc. No. 6), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the plaintiff, Donald E. Barnes' 42 U.S.C. § 1983 complaint against the defendants, Joel T. Chaisson, Bobby Jindal, James D. "Buddy" Caldwell, and Leon A. Cannizzarro, are **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim for which relief can be granted pursuant to 28 U.S.C. §§ 1915(e), 1915A.

**IT IS FURTHER ORDERED** that the plaintiff, Donald E. Barnes' 28 U.S.C. § 2254 claims are **DISMISSED WITHOUT PREJUDICE** as premature for failing to first seek approval from the Fifth Circuit Court of Appeals before proceeding in this Court.

New Orleans, Louisiana, this 10th day of September, 2014.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE